# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DAVID VINCENT RAMIREZ,

     Plaintiff,

v.                                       No. 23-cv-0316 JB-JHR

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al*,

     Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). Plaintiff is incarcerated and proceeding *pro se*. The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint. The Clerk's Office mailed Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis*. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (No. 23-cv-0316 JB-JHR). The failure to timely comply with both directives (*i.e.,* file a complaint and address the filing fee) may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches a six-month inmate account statement.

**SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE